**FILED**

MAR 21 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELENA SCOTT § § | |
| vs. § § § | NO: SA:16-CV-00158-DAE |
| SAN ANTONIO POLICE DEPARTMENT ET AL | |

### ORDER

This case has been consolidated with the case styled Peppar v. The City of San Antonio, Texas et al, Cause No. 5:16-CV-221-DAE. All claims and issues between all parties are being litigated under the consolidated action, and all documents are being filed under Cause No. 5:16-CV-221-DAE. Therefore, it is no longer necessary to keep this case open for docketing purposes, and it is administratively closed.

IT IS SO ORDERED.

DATED: San Antonio, Texas, March 21, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE